No. 78–257.  BURNETTE-CARTER Co. v. UNITED STATES.
C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE WHITE would
grant certiorari.

No. 78–440.  COUNTY OF SONOMA ET AL. v. ISBELL ET AL.
Sup. Ct. Cal.  Certiorari denied for failure to file petition
within time provided by 28 U. S. C. § 2101 (c).

MR. JUSTICE STEVENS, with whom MR. JUSTICE BRENNAN
and MR. JUSTICE STEWART join.

When a petition for certiorari is jurisdictionally untimely,
should the Court so indicate in its order denying the writ?
I think not, for these reasons: First, since a denial of certio-
rari has no precedential value in any event, the notation
serves no useful purpose.  Second, since the question of time-
liness is not always easy to answer, compare *Department of
Banking* v. *Pink,* 317 U. S. 264, with *Puget Sound Power &
Light Co.* v. *King County,* 264 U. S. 22, and may produce
different answers from different Members of the Court, even
the decision to include that brief notation may consume
valuable time.  Third, because there is no consistency in the
Court's practice with regard to such notations, their spasmodic
use may engender confusion and misunderstanding.  Accord-
ingly, I do not join in the Court's statement.

No. 78–455.  MITCHELL, WARDEN v. GIBSON.  C. A. 4th
Cir.  Motion of respondent for leave to proceed *in forma pau-
peris* granted.  Certiorari denied.

No. 78–491.  ALTON & SOUTHERN RAILWAY CO. ET AL. v.
BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS,
FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES.  C. A.
D. C. Cir.  Certiorari denied.  MR. JUSTICE POWELL took no
part in the consideration or decision of this petition.